**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone: (406) 457-5120**
**Fax: (406) 457-5130**
**Email: paulette.stewart@usdoj.gov**

FILED

AUG 01 2024

Clerk, U.S. Courts
District of Montana
Missoula Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24- 15   H-BMM** |
| **Plaintiff,** | **FALSE STATEMENT DURING** |
| | **FIREARMS TRANSACTION** |
| **vs.** | **Title 18 U.S.C. § 922(a)(6)** |
| | **(Penalty: 10 years of imprisonment,** |
| | **$250,000 fine, and three years of supervised** |
| **SCOTT AUSTIN MCTAGGART,** | **release)** |
| **Defendant.** | **CRIMINAL FORFEITURE** |
| | **18 U.S.C. § 924(d)** |

THE GRAND JURY CHARGES:

That on or about November 4, 2023, at Helena, within Lewis and Clark

County, in the State and District of Montana, the defendant, SCOTT AUSTIN

MCTAGGART, in connection with the acquisition of one firearm from Bob Ward's

Sports and Outdoors, a licensed dealer of firearms within the meaning of Chapter

44, Title 18, United States Code, knowingly made a false and fictitious written

1

statement to that dealer, which was intended and likely to deceive Bob Ward's

Sports and Outdoors as to a fact material to the lawfulness of such acquisition of the

firearm by the defendant, that is, the defendant represented on ATF Form 4473,

Firearms Transaction Record, that he was the actual transferee/buyer of the firearms

listed on the form, in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant,

SCOTT AUSTIN MCTAGGART shall forfeit, pursuant to 18 U.S.C. § 924(d), any

firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed
under seal.
FOREPERSON

_Por_ JESSE A. LASLOVICH
United States Attorney

_(for)_ CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney